# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2022-2524
_____

THOMAS ANTHONY SAITTA,
D.D.S.,

    Appellant,

    v.

PROFESSIONALS RESOURCE
NETWORK, INC., a Florida not for
profit corporation.

    Appellee.

_____

On appeal from the Circuit Court for Alachua County.
Gloria Walker, Judge.


December 12, 2023

PER CURIAM.

    AFFIRMED.

LEWIS, RAY, and NORDBY, JJ., concur.

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

Randall M. Shochet of Shochet Law Group, Trenton, for Appellant.

Thomas A. Crabb of Radey Law Firm, Tallahassee, for Appellee.